# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03044

Shannon Kerrick,

      Plaintiff,

v.

3001 SB, LLC,

      Defendant.

_____

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

_____

COMES NOW, Shannon Kerrick, Plaintiff in the above-styled civil action, by and through the undersigned counsel of record, and files this, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)[1], her Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice and without an award of fees or costs to either party.

Dated: January 20, 2021.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E. Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

---

[1]Defendant has not appeared in the instant matter by Answer or Motion for Summary Judgment.

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2021 I filed the within and foregoing Notice of

Voluntary Dismissal With Prejudice using the CM/ECF System for the federal District

Court for the District of Colorado. A true and correct copy of the same will also be served

upon Defendant this day via electronic mail, as follows:

3001 SB, LLC
c/o Douglas Norberg, Esq.
Gelman & Norberg, LLC
8480 E. Orchard Road, Suite 5000
Greenwood Village, Colorado 80111
dnorberg@gelmannorberg.com

/s/Craig J. Ehrlich
Craig J. Ehrlich